■ Benjamin P. Whitaker, Jr., Respondent, v Edmund L. Kidd, Appellant, et al., Defendant. (Appeal No. 1.)—Appeal unanimously dismissed without costs as academic. Same memorandum as in *Whitaker v Kidd* ([appeal No. 2], 136 AD2d 941 [decided herewith]). (Appeal from judgment of Supreme Court, Monroe County, Maas, J.—indemnification.) Present—Dillon, P. J., Boomer, Balio, Lawton and Davis, JJ.